IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MANUEL L. MARTINEZ, ) <br> ) <br> Defendant. ) | 8:05CR83 <br><br> ORDER |

Defendant's oral motion to continue the plea hearing is granted.

**IT IS ORDERED** that the Change of Plea hearing is continued to **September 7, 2005** at **9:00 a.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

For this defendant, the time between **August 25** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 25TH day of August, 2005.

BY THE COURT:


s/ Thomas D. Thalken
United States Magistrate Judge