# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CASE NO.  8:05CR83** |
| ) | |
| **Plaintiff,** ) | |
| ) | **JUDGMENT** |
| vs. ) | |
| ) | |
| **MANUEL L. MARTINEZ,** ) | |
| ) | |
| **Defendant.** ) | |

For the reasons stated in the accompanying Memorandum and Order,

IT IS ORDERED:

1.  The Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Filing No. 118) is denied; and

2.  The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 13th day of September, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge